UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
CLARK DODGE ASSET MANAGEMENT, LLC,
JOSEPH V. DIMAURO,

                              Plaintiffs,

         -against-

MICHAEL R. SANDERS, CRAIG R. MARSON,
SALVATORE R. ASTA, KEVIN J. MCCABE, SUSAN
J. HUNTER and 5C CAPITAL MANAGEMENT, LLC,

                              Defendants
-------------------------------------------------------------------------X

Civ. No. 17- 05662

**STIPULATION OF
DISCONTINUANCE**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned named defendants and their respective attorneys of record in the above-entitled action, that, whereas no summons has issued in this case, whereas none of the defendants has been served or appeared in this case, and whereas no named defendant is an infant or an incompetent person for whom a committee has been appointed and no person not a named defendant has an interest in the subject matter of the action, the undersigned by their counsel hereby stipulate and agree that the within action be, and the same hereby is voluntarily discontinued and each claim asserted therein is dismissed with prejudice and with each party hereto to bear its own costs.

Dated: Garden City, New York
        September 3, 2017
        October

GOLDEN HIRSCHHORN LLP
*Attorneys for Plaintiff*
JOSEPH DIMAURO

By: _____
    LISA M. GOLDEN
    1050 Franklin Avenue, Suite 108
    Garden City, New York 11530
    (516) 307-1616

INGRAM YUZEK GAINEN
CARROLL & BERTOLOTTI, LLP
*Attorneys for Defendants, Craig R. Marsen,
Salvatore R. Asta, Kevin J. McCabe and
Susan J. Hunter*

By: _____
    DAVID EBERT
    250 Park Avenue – Suite 200
    New York, New York 10177
    (212) 907-9600

TEITELBAUM LAW GROUP, LLC
*Attorneys for Michael R. Sanders and 5C Capital Management, LLC*

By: _____
JAY TEITELBAUM
1 Barker Avenue
Third Floor
White Plains, New York 10601
Tel.: White Plains: (914) 437-7670
     N. Y. City:   (646) 233-3013
jteitelbaum@tblawllp.com